IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY ANTONIO WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS S. MCGINLEY, et al | : | No. 16-cv-3258 |
| | : | |
| | : | |

ORDER

AND NOW, this 25th day of October 2016, after careful and independent consideration of Leroy Wilson's Petition for Writ of Habeas Corpus (Doc. No. 1), Petitioner's Brief and Arguments of Denial with Verification of Statement (Doc. No. 3), Petitioner's Petition to Order Lower Court to Stay Proceedings (Doc. No. 4), Petitioner's Response to Defendants' Opposing Brief And Plaintiff's Arguments and Request To Order an Evidentiary Hearing (Doc. No. 6); and a review of the Report and Recommendation by United States Magistrate Judge David R. Strawbridge (Doc. No. 7), and Petitioner's failure to file timely objections, it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.
3. A certificate of appealability shall not issue because reasonable jurists would not debate the correctness of this Court's ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
4. The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis
Legrome D. Davis, J.